## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW PETROZZIELLO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FYRE MEDIA, INC, a corporation; FYRE FESTIVAL LLC, a limited liability company; JEFFREY ATKINS, individually and as co-founder of Fyre Media, Inc.; and BILLY MCFARLAND, individually and as co-founder of Fyre Media, Inc.<br><br>Defendants. | Case No.: 18-cv-00146-PKC<br><br><br><br>**STIPULATED DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[F.R.Civ.P. 41(a)(1)(A)(ii)]** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Andrew Petrozziello, ("Plaintiff") and Defendant Jeffrey Atkins ("Atkins"), as follows:

1.     WHEREAS, on May 2, 2017, Plaintiff filed this action ("Plaintiff's Complaint") on behalf of himself and all other persons similarly situated against Defendants Billy McFarland, Jeffrey Atkins, and Fyre Media, Inc. (jointly "Defendants"); and

2.     WHEREAS, in September 11, 2017, Atkins filed an Answer to Plaintiffs' Complaint; and

3.     WHEREAS, no other Defendant has made an appearance in this Action; and

4.     WHEREAS, no class has been certified;

5.     IT IS HEREBY STIPULATED by and between the Plaintiff and Atkins through their undersigned counsel that Plaintiffs' Complaint and all claims for relief alleged therein in Plaintiffs' individual capacity and not on behalf of any class they are alleged to represent, shall

be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Plaintiff and Atkins shall each

bear their own costs and fees. Pursuant to rule 41(a)(1)(B), this stipulated dismissal will be

effective immediately upon filing without the need for a Court order.


WILENTZ, GOLDMAN & SPITZER          SMITH LAW
Attorneys for Plaintiff             Attorneys for Defendant, Jeffrey Atkins


By: _____         By: _____
    ANDREW GROUS                        RYAN H. SMITH (*Pro Hac Vice*)
    110 William St,                     3737 Glenwood Ave.
    26th Floor                          Suite 100
    New York, NY 10038                  Raleigh, NC 27612
    Telephone: (646)-746-8907           Telephone: (919) 809-3807