UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE: FYRE FESTIVAL LITIGATION

                                        17-cv-3296 (PKC)

                                        <u>DEFAULT JUDGMENT</u>

------------------------------------------------------------x

CASTEL, U.S.D.J.

        The operative Second Consolidated Amended Class Action Complaint ("Operative Complaint"') (Doc 56) in this action having been filed on June 25, 2018 and a copy thereof having been personally served on Defendant William McFarland on January 31, 2020, and a proof of service having been filed on February 25, 2020 (Doc 106), and Defendant McFarland not having answered the Operative Complaint or otherwise responded, and the time for answering the Operative Complaint or otherwise responding having expired, it is ORDERED, ADJUDGED, AND DECREED that:

    1.    Plaintiff Ritu Jutla is awarded a judgment against Defendant William McFarland in the amount of $881.57.

    2.    Plaintiff Daniel Jung is awarded a judgment against Defendant William McFarland in the amount of $600.00.

    3.    Plaintiff Zenovia Pittas is awarded a judgment against Defendant William McFarland in the amount of $600.00.

    4.    Plaintiff Daniel Sepulveda is awarded a judgment against Defendant William McFarland in the amount of $1,700.00.

    5.    Plaintiff Matthew Herlihy is awarded a judgment against Defendant William McFarland in the amount of $1,500.00.

The Clerk of the Court is directed to terminate the motion (Doc 113), dismiss plaintiffs who are not seeking a default judgment, and close the case.

SO ORDERED.

Dated: New York, New York
December 15, 2021

P. Kevin Castel
United States District Judge